UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIKORA BROWN,

       Plaintiff,

vs.

                                              Civil Action No.:
                                              1:25-CV-10717-MKV-GS

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
---------------------------------------------------------X

## **ORDER**

       AND, NOW, this <u>6th</u> day of <u>May</u>, 2026, Plaintiff's motion for an extension of time is

GRANTED. The new schedule is set as follows:

- Plaintiff will file Plaintiff's brief by June 29, 2026;

- Defendant's brief will be filed on, or before, July 29, 2026;

- Plaintiff's reply, if any, is due August 12, 2026.

SO ORDERED:

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Date:  May 6, 2026